From: ECULAW NETWORK 2022378072 03/14/2007 13:22 #064 P.001
Case: 1:02-cv-06093 Document #: 209-2 Filed: 03/22/07 Page 1 of 3 PageID #:1408

Page 1 of 1

# Ephraim Ugwonye

**From:** Ephraim Ugwonye
**Sent:** Thursday, February 22, 2007 7:22 PM
**To:** kayoladele@yahoo.com
**Subject:** A Point of Observation

**DEFENDANT EXHIBIT No. 1**

Dear Kayode:

I thought I should raise an issue or two about the contents of your response to my motion for extension of time. I discovered that you made several statements implying that I had certain communications with you, including about any meetings with the President of Nigeria. I found all that extremely disturbing and it confirms the fear I have expressed earlier: which is that communications between you and me should take the form of writing to avoid the possibility of false attributions. All my communications with you have been within the reasonable range of two opposing attorneys. I understand that you did not like the explicit statements I made about the failed settlement negotiations. I had my reasons (which I have not shared with you and certainly do not intend to share with you) why I chose the language and contents of my motion. Of course, it is not possible for us to understand the reasons why we each address matters in the manner we do. Also, we are each accountable only to our clients and the courts. For now, only my client knows why I do things in the manner that I do them.

The bottom-line; to avoid misquoting each other in the future, I would prefer that you and I communicate only in writing henceforth until this case is over or until the termination of our respective interests.

Thank you for the courtesies.

Ephraim Emeka Ugwuonye, Esquire
President
ECULAW GROUP
Tel: 202-237-8970 / 301-588-9315
Fax: 240-489-9300
Website:www.eculaw.com

### CONFIDENTIALITY NOTICE

The contents of this electronic transmission and/or attachments contain information from the law firm of ECULAW GROUP which is confidential and/or legally privileged. The information is intended for the use of the individual or entity named in this transmission. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this communication in error, please notify us by telephone (301-588-9315) immediately so that we can arrange for the return to us at no cost to you or deletion.

3/8/2007

From: ECULAW NETWORK                2022378970              03/14/2007 13:23 #064 P.002
Case: 1:02-cv-06093 Document #: 209-2 Filed: 03/22/07 Page 2 of 3 PageID #:1409

Page 1 of 2

## Ephraim Ugwonye

| | |
|---|---|
| **From:** | Ephriam Eugwonye |
| **Sent:** | Wednesday, October 18, 2006 3:34 PM |
| **To:** | Kayode Oladele |
| **Cc:** | Ayo Okesanya; AKIN OGUNLOLA; Olga_Rouse@ilnd.uscourts.gov |
| **Subject:** | RE: REQUEST FOR THE USE OF CLOAK ROOM |

DEFENDANT EXHIBIT No. 2

Dear Mr. Oladele:

I am surprised that your are proceeding to arrange for deposition of General Abubakar despite my previous communications with you on the matter. We have requested you in accordance with the rules to confer with us in order for us to work out a discovery plan. You want to depose Abubakar and we want to depose all the plaintiffs. A normal course of events would have been for counsel to confer in order to work out some process to have this done. You failed to respond to me on this. You understood that we had advised you of the following: a) that we shall seek a stay at the Court of Appeals, which still has the case, b) we are filing a motion to reconsider the order of the trial court regarding the venue of the depositions, i.e., that is in the event that the Court of Appeals declines jurisdiction, c) we need to discourse over the range of discoverable information you need so that we can address the issues of state secrets, knowing that General Abubakar is not at liberty to provide information that implicates the official secrets of the Nigerian state.

It is astonishing that without responding to me on these things, you are proceeding with deposition arrangements as if these issues do not exist. I would request you to communicate with me immediately to avoid us returning to court for motions. In fact, if I do not hear from you on this matter by the end of this week, I shall be compelled to file a motion for a protective order. You will recall that the order of the Honorable Judge Kennelly entered on September 20, 2006 did not foreclose the proceedings at the court of appeals. Rather, it clearly stated that the question of immediate appelability of his order would depend on the court of appeals' decision. Now, you have been ordered by the court of appeals to file a pleading to enable the court determine the question of whether it has jurisdiction, which will then enable me file for a stay at the court of appeals. You are stalling on that matter so that you can force the deposition issues before the court of appeals could make its decision. This seems to be a strange manner to proceed on this case. I look forward to hearing from you soon.

Thank you for the courtesies.

Ephraim Emeka Ugwuonye, Esquire
President
ECULAW GROUP
Tel: 202-237-8970 / 301-588-9315
Fax: 240-489-9300
Website:www.eculaw.com

CONFIDENTIALITY NOTICE

The contents of this electronic transmission and/or attachments contain information from the law firm of ECULAW GROUP which is confidential and/or legally privileged. The information is intended for the use of the individual or entity named in this transmission. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this communication in error, please notify us by telephone (301-588-9315) immediately so that we can arrange for the return to us at no cost to you or deletion.

**From:** Kayode Oladele [mailto:kayoladele@yahoo.com]

3/8/2007

From: ECU LAW NETWORK          2029378072          03/14/2007 13:23 #064 P.003
Case: 1:02-cv-06093 Document #: 209-2 Filed: 03/22/07 Page 3 of 3 PageID #:1410

Page 2 of 2

**Sent:** Wednesday, October 18, 2006 12:10 PM
**To:** Olga_Rouse@ilnd.uscourts.gov
**Cc:** Ephriam Eugwonye; Ayo Okesanya; AKIN OGUNLOLA
**Subject:** REQUEST FOR THE USE OF CLOAK ROOM

Dear Ms. Olga Rouse,

Attached is a letter requesting the use of the lawyers cloak room for the purpose of taking deposition. Kindly treat in your usual manner.

Sincerely,
/s/
Kayode Oladele