IN THE FEDERAL HIGH COURT OF NIGERIA
IN THE ABUJA JUDICIAL DIVISION
HOLDEN AT ABUJA

**DEFENDANT EXHIBIT No. A**

SUIT NO. FHC/ABJ/CS/62/2004

BETWEEN:

FEDERAL REPUBLIC OF NIGERIA ::::::::::::::::::::::::::::: APPLICANT/PLAINTIFF

AND

1. GENERAL ABDUSDALAM ABUBAKAR
2. KAYODE OLADELE
3. AUGUSTINE O. AGOMUOH          } DEFENDANTS
4. AKINWOLE OGUNLOLA

## ORDER

CERTIFIED TRUE COPY
FEDERAL HIGH COURT
ABUJA
Signature...........
Date 29/3/07
R. E. IYASOGUIE
Snr. Asst. Registrar



UPON THE MOTION EXPARTE dated and filed on the 5th day of March, 2007 coming before this Honourable Court praying for the following Orders:

1. AN ORDER restraining the 1st Defendant/Respondent from transmitting to any persons or group thereof in any place within and outside Nigeria, whether or not pursuant to a Court Order/ or before any Court of law within and outside Nigeria any details and/or information relating to his involvement in, membership of, participation in or information discovered, received, gathered, disclosed or obtained from, during or at any meetings minutes of meetings, discussions and events or occurrences of the Provisional Ruling Council (hereinafter referred to as "the PRC")/ or ArmedForces Ruling Council (AFRC) (highest legislative/executive authority for the Federal Republic of Nigeria) for the time in question or any other position of authority within the Nigerian Government or Armed Forces that subject him to non-disclosure under the Official Secrets Act starting in 1992 and continuing to May 29, 1999 pending the final determination of the originating summons and subject matter of this suit.

*signature*

**B.F.M. NYAKO**
**JUDGE**

FEDERAL HIGH COURT
ABUJA
Cashier's Office
Date 29/3/07

2. AN ORDER restraining the 1st Defendant/Respondent from disclosing to any persons or group thereof in any place within and outside Nigeria/whether or not pursuant to a Court Order, or before any Court of law within and outside Nigeria any details and/or information concerning the operational planning and execution of federal security initiatives including but not limited to arrests, warrants issued/ persons arrested, detained and or interrogated, the subject of such arrest, detention or disposition of such detention and interrogation or the nature of information secured, location of such arrest and or detention and any methods used by the Nigerian Military and Security Forces to establish or secure relevant information and or compliance with local laws or submit to the authority of the organs and persons of or in government pending the final determination of the originating summons filed in this suit.

3. ANY ORDER or other orders that this Court may deem fit to make in the circumstances.

UPON THE 6 PARAGRAPH AFFIDAVIT in support of Motion sworn to by YEMI AKINSEYE GEORGE, Legal Practitioner and Nigerian Citizen by the Federal Ministry of Justice, 10th Floor, Federal Secretariat, Abuja, and filed at the Court's Registry, Abuja.

CERTIFIED TRUE COPY
FEDERAL HIGH COURT
ABUJA
Signature...........
Date 29/3/07

AND AFTER HEARING CHIEF BAYO OJO (SAN) H.A.G.F. with OLADAPO AKINOSUN ESQ., ARIFAT KAREEM B. A. ESQ., and A. ONOBUN ESQ. of Counsel for the Plaintiff/Applicant move in terms of the Motion Paper.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. That an Interim Order restraining the attendance of Court by the 1st Defendant in the United State is hereby made pending the Motion on Notice.

2. That the Respondents are to be served.

3. That the case is adjourned to 17th April, 2007

ISSUED AT ABUJA under the Seal of the Honourable Court and Hand of the Presiding Judge this 28th March, 2007

R. B. OJO (MRS.)
REGISTRAR

CERTIFIED TRUE COPY
FEDERAL HIGH COURT
ABUJA
Signature ............
Date 29/8/07
B. C. DOUGLAS
Snr. Asst Reg.